| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Joshua E Watts<br>First Name    Middle Name    Last Name | Social Security number or ITIN: | xxx–xx–5473 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN: | _ _ _ _ |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed in chapter: | 13    6/1/20 |
| Case number: | 20–17134–ABA | Date case converted to chapter: | 7    9/21/20 |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Joshua E Watts | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | PO Box 1652<br>Millville, NJ 08332–8652 | |
| 4. | **Debtor's attorney**<br>Name and address | Moshe Rothenberg<br>Law Office of Moshe Rothenberg<br>880 East Elmer Road<br>Vineland, NJ 08360 | Contact phone 856–236–4374<br>Email: moshe@mosherothenberg.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Maureen P. Steady<br>2 Kings Highway West<br>Suite 102<br>Haddonfield, NJ 08033 | Contact phone 856–428–1060 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page **1**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. (800) 676–6856 | 401 Market Street<br>Camden, NJ 08102<br>Additional information may be available at the Court's Web Site:<br>www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)<br><br>Contact phone 856–361–2300<br><br>Date: 9/22/20 |
| **7. Meeting of creditors**<br><br>**Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**<br><br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **October 16, 2020 at 09:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Section 341 Meeting will be conducted by telephone. Please consult the docket or contact the trustee appointed to the case for access or call–in information.** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9).<br><br>**WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | **Filing deadline: 12/15/20** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

| | |
|---|---|
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline** page **2**

```
                              United States Bankruptcy Court
                                   District of New Jersey

In re:                                                                      Case No. 20-17134-ABA
Joshua E Watts                                                              Chapter 7
         Debtor               CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin                 Page 1 of 2          Date Rcvd: Sep 22, 2020
                               Form ID: 309A               Total Noticed: 38


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 24, 2020.
db              Joshua E Watts,     PO Box 1652,    Millville, NJ   08332-8652
518862271      +DSHC Enterprises, LLC,      PO Box 524,    Plainsboro, NJ 08536-0524
518853523       Delaware Title Loans,     111 Naamans Rd,    Claymont, DE   19703-2713
518901904      +Delaware Title Loans, Inc.,      c/o Bankruptcy/Legal Department,    8601 Dunwoody Place, Ste 406,
                 Atlanta, GA 30350-2550
518853525       EOS CCA,    700 Longwater Dr,    Norwell, MA   02061-1624
518921278       FIG Cust FIGNJ19LLC & Sec Pty,     PO Box 54226,    New Orleans Louisiana 70154-4226
518853526       Geico,    1 Geico Plz,    Bethesda, MD   20811-0001
518853527      #KML Law Group,     Sentry Office Plaza,    216 Haddon Ave Ste 406,    Westmont, NJ   08108-2812
518853528       Latisha Ramsey,     409 E Main St,    Millville, NJ   08332-5355
518872014       Latisha Ramsey,     130 Pamphylia Ave,    Bridgeton, NJ   08302-3471
518896217      +MidFirst Bank,     999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
518853529       Midland Mortgage,     PO Box 268806,    Oklahoma City, OK   73126-8806
518853530       Midwest Recovery Systems,     514 Earth City Plz Ste 100,    Earth City, MO   63045-1303
518853531       Millville Municipal court,     12 High St S,    Millville, NJ   08332-4244
518853532       Northeastern Title Loans,     1502 N Dupont Hwy,    New Castle, DE   19720-1902
518853535       Radius Global Solutions,     PO Box 390846,    Minneapolis, MN   55439-0846
518853536       South Jersey Gas,     PO Box 6091,    Bellmawr, NJ   08099-6091
518853539       Title Max,    3401 Kirkwood Hwy,    Wilmington, DE   19808-6133

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: moshe@mosherothenberg.com Sep 23 2020 00:37:49      Moshe Rothenberg,
                 Law Office of Moshe Rothenberg,    880 East Elmer Road,    Vineland, NJ   08360
tr             +EDI: FMPSTEADY Sep 23 2020 04:03:00      Maureen P. Steady,    2 Kings Highway West,    Suite 102,
                 Haddonfield, NJ 08033-2117
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 23 2020 00:39:03      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 23 2020 00:39:03      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518853520       E-mail/Text: bankruptcy@pepcoholdings.com Sep 23 2020 00:38:35
                 Atlantic City Electric Company,     Mail Stop 84CP42,    5 Collins Dr Ste 2133,
                 Carneys Point, NJ   08069-3600
518853521       E-mail/Text: bankruptcy@bbandt.com Sep 23 2020 00:38:32      BB&T,   301 College St,
                 Greenville, SC   29601-2014
518875060      +E-mail/Text: bankruptcy@bbandt.com Sep 23 2020 00:38:32      BB&T now Truist, Bankruptcy Section,
                 100-50-01-51,    P.O. Box 1847,    Wilson, NC 27894-1847
518853522       E-mail/Text: tracey.gregoire@millvillenj.gov Sep 23 2020 00:39:03      City of Millville,
                 12 High St S,    Millville, NJ   08332-4244
518853524       EDI: DIRECTV.COM Sep 23 2020 04:03:00      Direct TV,    PO Box 5007,
                 Carol Stream, IL   60197-5007
518853533       E-mail/Text: EBN_Charlotte@MeduitRCM.com Sep 23 2020 00:38:09      PMAB,    4135 Southstream Blvd,
                 Charlotte, NC   28217-4523
518853534       EDI: PRA.COM Sep 23 2020 04:03:00      Portfolio Recovery Associates LLC,
                 120 Corporate Blvd Ste 100,    Norfolk, VA   23502-4962
518864324       EDI: PRA.COM Sep 23 2020 04:03:00      Portfolio Recovery Associates, LLC,    c/o Lowes,
                 POB 41067,    Norfolk VA 23541
518857351       E-mail/PDF: resurgentbknotifications@resurgent.com Sep 23 2020 00:40:02
                 Pinnacle Credit Services, LLC,     Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
518902302       EDI: NEXTEL.COM Sep 23 2020 04:03:00      Sprint Corp,    Attention Bankruptcy,    PO Box 7949,
                 Overland Park KS 66207-0949
518853537       EDI: NEXTEL.COM Sep 23 2020 04:03:00      Sprint Corporation,    Bankruptcy Department,
                 PO Box 3326,    Englewood, CO   80155-3326
518855096      +EDI: RMSC.COM Sep 23 2020 04:03:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
518853538       EDI: RMSC.COM Sep 23 2020 04:03:00      Synchrony Bank,    PO Box 965007,
                 Orlando, FL   32896-5007
518853540       EDI: USAA.COM Sep 23 2020 04:03:00      USAA Savings Bank,    10750 McDermott Fwy,
                 San Antonio, TX   78288-0002
518853541       EDI: WFFC.COM Sep 23 2020 04:03:00      Wells Fargo Bank N.A.,    PO Box 14517,
                 Des Moines, IA   50306-3517
518873050       EDI: WFFC.COM Sep 23 2020 04:03:00      Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438
                                                                                              TOTAL: 20

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518872013       Jose Martinez,    N/A
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Sep 22, 2020
                              Form ID: 309A            Total Noticed: 38
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2020 at the address(es) listed below:
NONE.                                                                                                TOTAL: 0