UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: <br><br>Joshua E Watts | Case No.: 20-17134 <br><br> Judge: ABA <br><br> Chapter: 7 |

## ORDER Re VOLUNTARY CONVERSION FROM CHAPTER 13 TO CHAPTER 7

The relief set forth on the following page is hereby **ORDERED**.

DATED: September 22, 2020

/S/ Andrew B. Altenburg Jr.
Judge, U. S. Bankruptcy Court

The Court having noted the voluntary conversion to chapter 7 by the debtor, and for good cause shown, it is hereby

ORDERED that within 120 days of the date of this order the chapter 13 trustee shall file a Final Report including an accounting of all receipts and distributions or a statement indicating why the report cannot be filed, and it is further

ORDERED that upon the filing of the Final Report the chapter 13 trustee is discharged as trustee of the estate and the bond is canceled, and it is further

ORDERED that within 14 days the debtor shall file:

- amendments to previously filed schedules and statements as necessary,

- all schedules and statements required by 11 U.S.C. § 521(a), if such documents have not already been filed, and

- a schedule of all property which was acquired after the commencement of the case, but before the entry of this order, and

- a schedule of executory contracts and unexpired leases entered into or assumed after the commencement of the case, but before the entry of this order, and

- a schedule of unpaid debts incurred after the commencement of the case, but before the entry of this order.

*rev.12/1/09*

United States Bankruptcy Court
District of New Jersey

In re:  
Joshua E Watts  
     Debtor

Case No. 20-17134-ABA  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Sep 22, 2020  
                           Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2020.  
db         Joshua E Watts,   PO Box 1652,   Millville, NJ  08332-8652

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2020                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2020 at the address(es) listed below:  
      Brian C. Nicholas   on behalf of Creditor   MIDFIRST BANK bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
      Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
      Moshe Rothenberg   on behalf of Debtor Joshua E Watts moshe@mosherothenberg.com, alyson@mosherothenberg.com;ajohn880@gmail.com  
      U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
                                       TOTAL: 5