**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Joshua E Watts<br>First Name  Middle Name  Last Name | Social Security number or ITIN   xxx–xx–5473<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 20–17134–ABA | |

# Order of Discharge                                                                 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Joshua E Watts

12/18/20                                                          **By the court:**   Andrew B. Altenburg Jr.
                                                                                         United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-17134-ABA |
| Joshua E Watts | Chapter 7 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Dec 18, 2020 | Form ID: 318 | Total Noticed: 41 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Joshua E Watts, PO Box 1652, Millville, NJ 08332-8652 |
| 519029442 | | Cooper University Health Care, PO Box 95000-4345, Philadelphia, PA 19195-4345 |
| 518994460 | | Corrine D. Kent, 55 Garfield St, Millville, NJ 08332-4218 |
| 518862271 | + | DSHC Enterprises, LLC, PO Box 524, Plainsboro, NJ 08536-0524 |
| 518853523 | | Delaware Title Loans, 111 Naamans Rd, Claymont, DE 19703-2713 |
| 518901904 | + | Delaware Title Loans, Inc., c/o Bankruptcy/Legal Department, 8601 Dunwoody Place, Ste 406, Atlanta, GA 30350-2550 |
| 518853525 | | EOS CCA, 700 Longwater Dr, Norwell, MA 02061-1624 |
| 518921278 | | FIG Cust FIGNJ19LLC & Sec Pty, PO Box 54226, New Orleans Louisiana 70154-4226 |
| 518853526 | | Geico, 1 Geico Plz, Bethesda, MD 20811-0001 |
| 518853527 | # | KML Law Group, Sentry Office Plaza, 216 Haddon Ave Ste 406, Westmont, NJ 08108-2812 |
| 519029443 | | LCA Collections, PO Box 15519, Savannah, GA 31416-2219 |
| 518872014 | | Latisha Ramsey, 130 Pamphylia Ave, Bridgeton, NJ 08302-3471 |
| 518994461 | | Latisha Ramsey, 67 Serenity Ct, Franklinville, NJ 08322-2770 |
| 518853528 | | Latisha Ramsey, 409 E Main St, Millville, NJ 08332-5355 |
| 518896217 | + | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 518853529 | | Midland Mortgage, PO Box 268806, Oklahoma City, OK 73126-8806 |
| 518853530 | | Midwest Recovery Systems, 514 Earth City Plz Ste 100, Earth City, MO 63045-1303 |
| 518853531 | | Millville Municipal court, 12 High St S, Millville, NJ 08332-4244 |
| 518853532 | | Northeastern Title Loans, 1502 N Dupont Hwy, New Castle, DE 19720-1902 |
| 518853535 | | Radius Global Solutions, PO Box 390846, Minneapolis, MN 55439-0846 |
| 518853536 | | South Jersey Gas, PO Box 6091, Bellmawr, NJ 08099-6091 |
| 518853539 | | Title Max, 3401 Kirkwood Hwy, Wilmington, DE 19808-6133 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 18 2020 21:52:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 18 2020 21:52:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518853520 | | Email/Text: bankruptcy@pepcoholdings.com | Dec 18 2020 21:52:00 | Atlantic City Electric Company, Mail Stop 84CP42, 5 Collins Dr Ste 2133, Carneys Point, NJ 08069-3600 |
| 518853521 | | Email/Text: bankruptcy@bbandt.com | Dec 18 2020 21:52:00 | BB&T, 301 College St, Greenville, SC 29601-2014 |
| 518875060 | + | Email/Text: bankruptcy@bbandt.com | Dec 18 2020 21:52:00 | BB&T now Truist, Bankruptcy Section, 100-50-01-51, P.O. Box 1847, Wilson, NC 27894-1847 |
| 518853522 | | Email/Text: tracey.gregoire@millvillenj.gov | Dec 18 2020 21:52:00 | City of Millville, 12 High St S, Millville, NJ 08332-4244 |

Case 20-17134-ABA    Doc 47    Filed 12/20/20    Entered 12/21/20 00:19:16    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 18, 2020 | Form ID: 318 | Total Noticed: 41 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 518853524 | | EDI: DIRECTV.COM | Dec 19 2020 02:08:00 | Direct TV, PO Box 5007, Carol Stream, IL 60197-5007 |
| 518853533 | + | Email/Text: EBN_Waco@Receivemorermp.com | Dec 18 2020 21:54:00 | PMAB, 4135 Southstream Blvd, Charlotte, NC 28217-4636 |
| 518853534 | | EDI: PRA.COM | Dec 19 2020 02:08:00 | Portfolio Recovery Associates LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4962 |
| 518864324 | | EDI: PRA.COM | Dec 19 2020 02:08:00 | Portfolio Recovery Associates, LLC, c/o Lowes, POB 41067, Norfolk VA 23541 |
| 518857351 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 18 2020 22:08:29 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518902302 | | EDI: NEXTEL.COM | Dec 19 2020 02:08:00 | Sprint Corp, Attention Bankruptcy, PO Box 7949, Overland Park KS 66207-0949 |
| 518853537 | | EDI: NEXTEL.COM | Dec 19 2020 02:08:00 | Sprint Corporation, Bankruptcy Department, PO Box 3326, Englewood, CO 80155-3326 |
| 518853538 | | EDI: RMSC.COM | Dec 19 2020 02:08:00 | Synchrony Bank, PO Box 965007, Orlando, FL 32896-5007 |
| 518855096 | + | EDI: RMSC.COM | Dec 19 2020 02:08:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519029444 | | EDI: TDBANKNORTH.COM | Dec 19 2020 02:08:00 | TD Bank, 32 Chestnut St, Lewiston, ME 04240-7744 |
| 518853540 | | EDI: USAA.COM | Dec 19 2020 02:08:00 | USAA Savings Bank, 10750 McDermott Fwy, San Antonio, TX 78288-0002 |
| 518853541 | | EDI: WFFC.COM | Dec 19 2020 02:08:00 | Wells Fargo Bank N.A., PO Box 14517, Des Moines, IA 50306-3517 |
| 518873050 | | EDI: WFFC.COM | Dec 19 2020 02:08:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518872013 | | Jose Martinez, N/A |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 20, 2020        Signature:    /s/Joseph Speetjens

District/off: 0312-1 | User: admin | Page 3 of 3
Date Rcvd: Dec 18, 2020 | Form ID: 318 | Total Noticed: 41

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian C. Nicholas | on behalf of Creditor MIDFIRST BANK bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Maureen P. Steady | trustee@kurtzmansteady.com mps@trustesolutions.net |
| Moshe Rothenberg | on behalf of Debtor Joshua E Watts moshe@mosherothenberg.com alyson@mosherothenberg.com;ajohn880@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6